UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVIN SAMUEL HARPER, | : |
| Plaintiff, | : |
| v. | : No. 18-cv-365 |
| THE CITY OF PHILADELPHIA; THE NORTHWEST DETECTIVES 35TH DISTRICT; THE PHILADELPHIA POLICE DEPARTMENT; and THE PHILADELPHIA DISTRICT ATTORNEY OFFICE, | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this 2nd day of November, 2018, upon consideration of the Defendant Philadelphia District Attorney's Office's Motion to Dismiss, ECF No. 12, and for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. The Philadelphia District Attorney's Office's Motion is **GRANTED**.
2. Plaintiff's claims against the Philadelphia District Attorney's Office under 28 U.S.C. § 1983 are **DISMISSED without prejudice**.
3. Plaintiff's claims against the Philadelphia District Attorney's Office under Pennsylvania state law are **DISMISSED with prejudice**.
4. **Within forty-five days** of the date of this order, Plaintiff shall show cause why this Court should not dismiss all claims against the Northwest Detectives 35th District under Federal Rule of Civil Procedure 4(m).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge